IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

<u>EASTERN</u> DIVISION

<table>
<tr><td>Loachapoka Water Authority, Inc.,<br>and CPR Well, LLC</td><td>, )<br>, )<br>)</td></tr>
<tr><td>Plaintiff(s),</td><td>)<br>)</td></tr>
<tr><td>v.</td><td>)<br>)</td><td>CASE NO. <u>3:26-cv-00376</u></td></tr>
<tr><td>3M COMPANY, et al.</td><td>, )<br>, )<br>)</td></tr>
<tr><td>Defendant(s)</td><td>)</td></tr>
</table>

### DISCLOSURE STATEMENT
### UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE
### (AMENDED EFFECTIVE 12/31/2022) AND LOCAL RULE 7.1

Comes now <u>I-PEX USA Manuf. Inc.</u>, a <u>Defendant</u> in the above captioned case.

1.  Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐ No.

    ☒ Yes, and

    These parent corporations and publicly held corporations own 10% or more of the filer's shares:

    <u>I-PEX USA Manufacturing Inc. is a wholly owned subsidiary</u>

    <u>of I-PEX USA Components Inc., which is a wholly owned</u>

    <u>subsidiary of I-PEX Inc.</u>

    ☐ The filer has no parent corporation.

    ☐ No publicly held corporation owns 10% or more of the filer's shares.

2.  Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No. If the answer is No to Question 2., do not answer the questions in subparts a., b., c., d., e., and f. below and proceed to Question 3.

☐ Yes, and this is a complete list of the name and citizenship of each individual or entity whose citizenship is attributed to the filer:

| NAME | TITLE/RELATIONSHIP | CITIZENSHIP |
|------|--------------------|-------------|
|      |                    |             |
|      |                    |             |
|      |                    |             |
|      |                    |             |
|      |                    |             |

a.  Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer is a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified in 2. above each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b.  Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☐ No.

☐ Yes, and the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(d)(10).

c.  Is the filer an insurer?

☐ No.

☐ Yes, and the filer has identified in 2. above the citizenship in accord with § 1332(c)(1).

d.    Is the filer a legal representative of an infant, an incompetent, or the estate of a decedent?

☐    No.

☐    Yes, and the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(c)(2).

e.    Has the filer identified any corporation?

☐    No.

☐    Yes, and for each, the filer has identified in 2. above the citizenship in accord with 28 U.S.C. § 1332(c)(1).

f.    Has the filer identified any natural person?

☐    No.

☐    Yes, and for each, the filer has identified in 2. above citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other individual or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐    No.

■    Yes. These additional individuals and entities have or might have an interest in the outcome of the action:

| NAME | TITLE/RELATIONSHIP |
|------|--------------------|
| I-PEX USA Components Inc. | Parent of I-PEX USA Manufacturing Inc. |
| I-PEX Inc. | Parent of I-PEX USA Components Inc. |
| | |
| | |
| | |

4.  Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

■  No.

[ ]  Yes, and this is the entity or entities:

| NAME | TITLE/RELATIONSHIP |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

5.  Is this a bankruptcy appeal?

■  No.

Yes, and the debtor(s) is/are:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[ ]  Yes, and the members of the creditors' committee are:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

6.    Is there an additional entity likely to actively participate in this action?

■    No.

☐    Yes, and this is the entity is:

| NAME | TITLE |
|---|---|
|  |  |
|  |  |

7.    Does the filer certify that, (a) except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, (b) the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict, and (c) the filer will file a supplemental statement upon any change in the information provided in this Disclosure Statement?

■    Yes.

Respectfully submitted,

/s/ J. Alan Truitt

Date 05/22/2026

CERTIFICATE OF SERVICE

I certify that this Disclosure Statement was electronically filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

See attached.

Conventionally Served:

See attached.

Respectfully submitted,

J. Alan Truitt

Date 05/22/2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of such filing to all counsel of record, and further that a copy was served via U.S. Mail to the following:

BRIGGS & STRATTON CORPORATION
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

CNJ, INC.
c/o Kyu Yong Chung
265 Teague Ct
Auburn, AL 36832

INTRAMICRON INC.
c/o John S. Stein III
3595 Grandview Pkwy Ste 475
Birmingham, AL 35243

K.C. SOL-TECH, INC.
c/o Chang Hwan Jang
1500 Pumphrey Ave Ste D
Auburn, AL 36830

LOTTE CHEMICAL ALABAMA CORP.
c/o Sang Hyuk Kim
765 W. Veterans Boulevard
Auburn, AL 36832

NASHVILLE WIRE PRODUCTS
    MANUFACTURING COMPANY, LLC
c/o C T Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104

REXNORD INDUSTRIES LLC
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, AL 36104

The following parties were served electronically via CM/ECF:

Matt Conn
Lee Patterson
Madison Lakes
Ethan Wright
FRIEDMAN, DAZZIO & ZULANAS, P.C.
3800 Corporate Woods Drive
Birmingham, AL 35242
(205) 278-7000
mconn@friedman-lawyers.com
lpatterson@friedman-lawyers.com
mlakes@friedman-lawyers.com
ewright@friedman-lawyers.com

Keith Jackson
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Phone: (205)-879-5000
kj@rileyjacksonlaw.com

***Counsel for Plaintiffs Loachapoka Water Authority, Inc.
and CPR Well, LLC***

Harlan Irby Prater, IV
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th Street North
Birmingham, AL 35203
205-581-0700
Fax: 205-581-0799
Email: hprater@lightfootlaw.com

***Counsel for Defendants 3M Company***

Gabriel Dennison Dowdell
LIGHTFOOT FRANKLIN & WHITE LLC
400 20th St N
Birmingham, AL 35203
205-581-0710
Email: gdowdell@lightfootlaw.com

***Counsel for Defendants Corteva, Inc., DuPont De Nemours, Inc., E.I. DuPont de Nemours and Company, EIDP, Inc., The Chemours Company, The Chemours Company FC, LLC***

Christopher Lynch Yeilding
BALCH & BINGHAM
P O Box 306
Birmingham, AL 35201
205-226-8728
Email: cyeilding@balch.com

***Counsel for Defendants Daikin America, Inc.***

/s/ J. Alan Truitt

*One of the Attorneys for Defendant*
*I-PEX USA Manufacturing Inc.*