IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOACHAPOKA WATER AUTHORITY, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:26-cv-376-RAH-SMD |
| 3M COMPANY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## ORDER

Pursuant to the Order of the Multidistrict Litigation Court (*see* doc. 30), it is **ORDERED** as follows:

(1)    Plaintiffs' *Notice of Reinstatement Of Stay Of Conditional Transfer Order And Request To Reopen Case* (doc. 27) is **GRANTED** to the extent it requests this action be reopened; and,

(2)    *Defendant 3m Company's Motion To Stay Pending Ruling On Transfer To The In Re AFFF MDL And Supporting Memorandum of Law* (doc. 4) is **GRANTED**. This case, including all pending motions and briefing deadlines, is **STAYED** pending a final ruling by the Judicial Panel on Multidistrict Litigation on Defendant 3M Company's request to transfer this action to the MDL identified as *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873 (D.S.C.) (the "AFFF MDL").

**DONE** and **ORDERED** on this the 2nd Day of June 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE