IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LOACHAPOKA WATER AUTHORITY, INC., *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 3:26-cv-376-RAH-SMD |
| 3M COMPANY, *et al.*, | ) ) | |
| Defendants. | ) ) | |

## **ORDER**

Pending before the Court is *Plaintiffs' Motion To Reconsider* (doc. 34) filed on June 3, 2026. The motion asks the Court to vacate its June 2, 2026, order staying the case. (*See* doc. 31.) For the following reasons, the motion is due to be denied.

Plaintiffs bring the instant motion pursuant to Rule 59(e) of the Federal Rules of Civil Procedure. While sparingly granted, Rule 59(e) permits a motion to alter or amend a judgment on four basic grounds: "(1) manifest errors of law or fact upon which the judgment was based; (2) newly discovered or previously unavailable evidence; (3) manifest injustice in the judgment; and (4) an intervening change in the controlling law." *Jacobs v. Elec. Data. Sys. Corp.*, 240 F.R.D. 595, 599 (M.D. Ala. 2007) (citing 11 Charles Alan Wright *et al.*, *Federal Practice & Procedure* § 2810.1, at 124–27 (2d ed. 1995)). The motion may not "relitigate old matters, raise argument or present evidence that could have been raised prior to the entry of judgment." *Michael Linet, Inc. v. Village of Wellington*, 408 F.3d 757, 763 (11th Cir. 2005) (citations omitted).

Plaintiffs have not adequately shown their entitlement to a Rule 59(e) reversal on the order staying the case based on any of the four commonly recognized grounds. Further, the Court is persuaded that the interests of judicial and litigation economy are best served by a stay of proceedings in this Court pending a final determination by the Judicial Panel on Multidistrict Litigation regarding transfer of this case. A stay in these proceedings will prevent pretrial rulings inconsistent with those in the consolidated litigation.

Accordingly, it is **ORDERED** as follows:

(1)   *Plaintiffs' Motion To Reconsider* (doc. 34) is **DENIED**; and,

(2)   The stay (doc. 31) is **CONTINUED** pending a final ruling by the Judicial Panel on Multidistrict Litigation on Defendant 3M Company's request to transfer this action to the MDL identified as *In re Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2873 (D.S.C.) (the "AFFF MDL").

**DONE** and **ORDERED** on this the 20th day of July 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

2